# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CHRISTOPHER BAUGH,** | ) | |
| Petitioner, | ) | |
| v. | ) | CIV-17-048-JHP-KEW |
| **KEN KLINGER, Warden,** | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Respondent has filed a motion to transfer this habeas corpus action and hold the Respondent's response in abeyance (Dkt. 7). A review of the petition indicates Petitioner is challenging his convictions and sentences entered by the District Court of Oklahoma County, which is located within the territorial jurisdiction of the United States District Court for the Western District of Oklahoma. Therefore, in the furtherance of justice, this matter may more properly be addressed in that Court.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Respondent's motion to transfer this action and hold the response in abeyance (Dkt. 7) is **granted**. Petitioner's petition for a writ of habeas corpus is hereby **transferred to the United States District Court for the Western District of Oklahoma** for all further proceedings.

**IT IS SO ORDERED** this 12th day of December, 2017.

James H. Payne
United States District Judge
Eastern District of Oklahoma